supplemental brief in No. 01–1376 under seal with redacted copies for the public granted. Certiorari denied. 

No. 01–1427. WALGREEN CO. *v.* HOOD, SECRETARY, LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 01–9742. BURGESS *v.* CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF ELECTIONS. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–1562. WOODFORD, WARDEN *v.* CARO. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 01–9725. ARMSTRONG *v.* STEPPES APARTMENTS, LTD., ET AL. Ct. App. Tex., 2d Dist. Motion of Kenneth A. Rushton, Chapter XI Trustee, for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 00–9952. BENNINGS *v.* KEARNEY ET AL., 534 U. S. 838;

No. 01–1150. LEON C. BAKER P. C. ET AL. *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH INC., 535 U. S. 987;

No. 01–1222. SMITH *v.* TALLAHASSEE DEMOCRAT ET AL., 535 U. S. 1034;

No. 01–1251. COOK *v.* CLEVELAND STATE UNIVERSITY, 535 U. S. 1034;

No. 01–1257. Z. G. *v.* SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, FAMILY DIVISION, ET AL., 535 U. S. 1034;

No. 01–1361. CLARK *v.* UNITED STATES, 535 U. S. 990;

No. 01–1432. LOPEZ *v.* UNITED STATES, 535 U. S. 1035;

No. 01–6897. GARDNER *v.* SEABOLD, WARDEN, 534 U. S. 1089;

No. 01–7933. BELL *v.* LARKINS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL., 535 U. S. 959;

No. 01–7941. THOMPSON *v.* FLORIDA, 535 U. S. 960;

No. 01–8160. TIDIK *v.* APPEALS JUDGES OF MICHIGAN, 535 U. S. 994;

No. 01–8258. TILLI *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL., 535 U. S. 997;

No. 01–8293. YOUNG-BEY v. MARYLAND, 535 U. S. 998;

No. 01–8372. IN RE WAUQUA, 535 U. S. 925;

No. 01–8421. LEWIS v. SMITH ET AL., 535 U. S. 1019;

No. 01–8955. WINKE v. BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P. C., 535 U. S. 1041;

No. 01–8968. MARCELLO ET UX. v. MAINE DEPARTMENT OF HUMAN SERVICES, 535 U. S. 1064; and

No. 01–9392. WILLIAMS v. UNITED STATES, 535 U. S. 1043. Petitions for rehearing denied.

No. 01–7292. RHOADS v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL., 535 U. S. 933. Motion for leave to file petition for rehearing denied.

JUNE 25, 2002

No. 01–10909 (01A990). IN RE BROWN. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 01–10941 (01A994). COULSON v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted. Certiorari denied.

JUNE 26, 2002

No. 01–10980 (01A1000). IN RE WILLIAMS. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted. Petition for writ of habeas corpus denied. JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.

No. 01–10950 (01A995). WILLIAMS v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, pre-